PINCUS, Appellant, *v.* DRY DOCK, E. B. & B. R. Co., Respondent.

*(Supreme Court, General Term, First Department.  March 31, 1892.)*

Action by Isaac Pincus against the Dry Dock, East Broadway & Battery Railroad Co.

Argued before VAN BRUNT, P. J., and O'BRIEN and INGRAHAM, JJ.

No opinion.  Motion to dismiss appeal granted, with $10 costs.

---

REICH *v.* COCHRAN.

*(Supreme Court, General Term, First Department.  March 31, 1892.)*

Action by Lorenz Reich against William F. Cochran.

Argued before VAN BRUNT, P. J., and O'BRIEN and INGRAHAM, JJ.

No opinion.  Motion granted, with $10 costs.

---

SAWYER, Respondent, *v.* BENNETT, Appellant.

*(Supreme Court, General Term, First Department.  March 31, 1892.)*

Action by Lucius W. Sawyer against James Gordon Bennett.

Argued before VAN BRUNT, P. J., and O'BRIEN and INGRAHAM, JJ.

No opinion.  Motion denied, with $10 costs.  See 18 N. Y. Supp. 24.

---

SCHLESINGER *et al.*, Respondents, *v.* CHRISTIAN *et al.*, Appellants.

*(Supreme Court, General Term, First Department.  March 31, 1892.)*

Action by Charles Schlesinger and others against William A. Christian and others.

Argued before VAN BRUNT, P. J., and O'BRIEN and INGRAHAM, JJ.

No opinion.  Motion to dismiss appeal granted, with $10 costs.

---

STROUSE *et al.*, Respondents, *v.* NEW YORK EL. RY. Co. *et al.*, Appellants.

*(Supreme Court, General Term, First Department.  March 31, 1892.)*

Appeal from judgment on report of referee.

Action by Joseph Strouse and another against the New York Elevated Railway Company and another.  From a judgment for plaintiffs, defendants appeal.  Affirmed.

Argued before VAN BRUNT, P. J., and O'BRIEN and INGRAHAM, JJ.

*Davies & Rapallo,* (*Julien T. Davies* and *Brainard Tolles,* of counsel,) for appellants.  *Peckham & Tyler,* (*Charles A. B. Pratt, Jr.,* of counsel,) for respondents.

PER CURIAM.  We think the sums fixed by the referee as past damages and as the value of the plaintiff's easements are not excessive, and are supported by the evidence.  The other questions presented arise in consequence of exceptions to the admission and exclusion of testimony.  We think that all of the questions have been passed upon by prior adjudications of this court in favor of the respondents, and that no error was committed by the referee that requires us to reverse the judgment.  The judgment should be affirmed, with costs.

---

TRIPLER *v.* MAYOR, ETC., OF CITY OF NEW YORK.

*(Supreme Court, General Term, First Department.  March 31, 1892.)*

Action by Isabel S. Tripler against the mayor, etc., of the city of New York.

Argued before VAN BRUNT, P. J., and O'BRIEN and INGRAHAM JJ.

No opinion.  Motion denied.  See 6 N. Y. Supp. 48; 17 N. Y. Supp. 750; 26 N. E. Rep. 721.